Margaret Forster, appellee, v. John Hancock Mutual Life Insurance Company, appellant. Gen. No. 38,158.

Opinion filed December 30, 1935.
Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counesl. Edwin A. Feldott, for appellee; John M. Pollock, of counsel.
Mr. Presiding Justice Scanlan delivered the opinion of the court.

Peck and Hills Furniture Company, appellant, v. O. E. Merkling, appellee. Gen. No. 38,170.

Opinion filed December 30, 1935.
Castle, Osborn & Weiss, for appellant. Albert E. Hallett, Jr., for appellee.
Mr. Presiding Justice Scanlan delivered the opinion of the court.

Philip Gollner Company, Inc., for the use of South West Trust and Savings Bank, appellee, v. Equitable Fire and Marine Insurance Company, appellant. Gen. No. 38,181.

Opinion filed December 30, 1935. Rehearing denied January 11, 1936.
Hicks & Folonie, for appellant. Edward H. Morris, for appellee.
Mr. Presiding Justice Scanlan delivered the opinion of the court.

Samuel Kalb, appellant, v. Leonard H. Berenson, appellee. Gen. No. 38,193.

Opinion filed December 30, 1935.
Clarence W. Shaver, for appellant. Irving R. Berg, for appellee.
Mr. Presiding Justice Scanlan delivered the opinion of the court.